JOHN E. SIEGEL v. FRANCIS M. BACON and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

WENDELL P. BARKER v. CHARLES H. WILSON, Impleaded, etc.— Motion granted so far as to direct that appellant procure the papers on appeal to be served and filed on or before August 1, 1928, and procure the appellant's points to be filed so that appeal can be argued on the 5th day of October, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEW YORK CENTRAL RAILROAD COMPANY v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

APARTMENT-HOTEL OWNERS ASSOCIATION, INC., v. THE CITY OF NEW YORK and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

HENRY WHITTEMORE and Others v. THE EQUITABLE TRUST COMPANY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

HENRY GERMANN, Surviving Executor, etc., of ERNESTINE SCHAFFNER, Deceased, v. MARTHA S. REYNOLDS and Others, and HENRY GERMANN and Others, as Executors, etc., of ROBERT F. SCHAFFNER, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE CITY OF NEW YORK v. DYCKMAN MARKET TERMINAL CORPORATION and Others, Impleaded with NORTHERN TERMINAL CORPORATION OF NEW YORK and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SAMUEL KROHNBERG and Another v. BENJO DRESS Co., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

HARRY FISCHMANN and Another v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALICE HOFFMAN v. EMIL FRAAD; ELSIE FRAAD; 17 EAST 54TH STREET CORPORATION.— Motion granted. Present — Dowling, P. J., Merrell, Martin and Proskauer, JJ.

LOUIS N. JAMES, as Executor, etc., of FRED S. JAMES, Deceased, v. GEORGE W. BLOSSOM.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of MAX FELD for a Peremptory Writ of Mandamus. THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH AVOLA v. TERESA GENTILE and Others.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEWIS A. GRAYDON v. HENRY WOODHOUSE.— Motion to advance defendant's motion for reargument or for leave to appeal granted; supplemental affidavit of Aaron Rosen excluded from the files. Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LORRAINE MANUFACTURING COMPANY OF NEW YORK v. PHILIP POSNER and